UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL WINE, ALLISON BLANK, SANDRA SION, and KEVIN SMITH, individually and on behalf of all others similarly situated;

    *Plaintiffs*,

vs.

WUNDERKIND CORP., a Delaware corporation;

    *Defendant*.

Case No.: 4:25-cv-10079-HSG

**ORDER**

GOOD CAUSE APPEARING, the parties' motion to stay the case management conference and related deadlines is granted.

1. The case management conference scheduled for February 24, 2026 and all case deadlines provided within the Court's December 16, 2025 Notice are stayed pending resolution of Defendant's Motion to Transfer.

Date: 1/5/2026

By: _____
United States District Judge